# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., | CASE NO. CV F 12-2095 LJO JLT |
| Plaintiffs, | **ORDER TO DISMISS AND CLOSE ACTION** |
| vs. | (Doc. 9.) |
| NATALIE PAULINA MEARS, | |
| Defendant. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending matters and dates, including the April 17, 2013 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:  March 26, 2013           /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE

1